PROB 12
REVISED (05/90)

# UNITED STATES DISTRICT COURT

### for

## WESTERN DISTRICT OF TENNESSEE

U.S.A. vs. _____Anthony Fry_____

01-20301

FILED IN ___ D.C.

05 SEP 12 PM 4: 47

CLERK ___ COURT
W/D OF TN, MEMPHIS

Docket No.  **2:01CR20301-02**
**2:01CR20311-02**
**2:01CR20314-01**

### Petition on Probation and Supervised Release

**COMES NOW** _Johnetta Norman_ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Anthony Fry_ who was placed on supervision by the Honorable _Samuel H. Mays, Jr.,_ sitting in the Court at _Memphis, Tennessee,_ on the _13th_ day of _September,_ _2002,_ who fixed the period of supervision at _two (2) years_ * and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate in a program of mental health treatment approved by the Probation Officer.
2. The defendant shall participate in a program for treatment of narcotic addiction, drug or alcohol, including testing and treatment as directed by the U. S. Probation Office.
3. The defendant shall be prohibited from incurring new credit charges and opening additional lines of credit or making obligations for major purchases without the approval of the Probation Office.
4. The defendant shall provide the Probation Office with access to any requested financial information.
5. The defendant shall provide third party risk notification as directed by the Probation Office.
6. The defendant shall pay restitution in the amount of $30,354.68. (Balance:$27,979.68)

* Supervised Release began September 11, 2003

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Mr. Fry has been unable to satisfy the restitution ordered by the Court. He has made consistent payments in the amount of one hundred dollars ($100.00) per month which, according to inquiries by this officer, appear to be to the best of his ability. Mr. Fry has entered into a one hundred dollar ($100.00) per month payment agreement with the United States Attorney Financial Litigation Unit in an effort to satisfy this debt.

**PRAYING THAT THE COURT WILL ORDER** that Supervised Release be allowed to expire on September 10, 2005, with the understanding that the United States Attorney will be responsible for the continued collection of restitution.

### ORDER OF COURT

Considered and ordered this _9th_ day of _Sept_, 2005 and ordered filed and made a part of the record in the above case.

_____
United States District Judge

**Respectfully,**

_Johnetta Norman_
Johnetta Norman, Supervising
United States Probation Officer

**Place:** _Memphis, Tennessee_

**Date:** _September 8, 2005_

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9·15·05_

78

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:01-CR-20301 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT